TATE ACCESS FLOORS, INC. and
Tate Access Floors Leasing, Inc.,
Plaintiffs–Appellees,

v.

INTERFACE ARCHITECTURAL
RESOURCES, INC., Defendant–
Appellant.

No. 02–1288.

United States Court of Appeals,
Federal Circuit.

May 21, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

Oakerlee FERNANDEZ, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 02–3116.

United States Court of Appeals,
Federal Circuit.

May 22, 2002.

ORDER

The petitioner having failed to pay the
docketing fee required by Federal Circuit

Rule 52(a)(1), and to file the required
Statement Concerning Discrimination, and
to file the brief required by Federal Cir-
cuit Rule 31(a) within the time permitted,
it is

ORDERED that the petition for re-
viewbe, and the same hereby is, DIS-
MISSED, for failure to prosecute in accor-
dance with the rules.